# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

YAZEL MEDIA LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14137

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 001 | Fresh Rainbow |
| 002 | Doublelift: clearance sales today |
| 003 | MINYAU"Deals Up to 50%" |
| 004 | JWNYJFB |
| 005 | caobaifeng |
| 006 | WHHFOOH(7-12 Business Days Delievered) |
| 007 | ZHENGMING |
| 008 | Ruixinchengwangluo |
| 009 | ★ 🖤 ★ Swrowesi ★ 🖤 ★ 2024 PRIME DAY —75% OFF |
| 010 | Clearance Sale OF ZEFOTIM |
| 011 | YSMKQY |
| 012 | Campbell4 |
| 013 | POBIYEIO |
| 014 | Jnyipe |
| 015 | Prime Day Deal of ACCIDENTALLY FOUND |
| 016 | Black Friady of Deals 2024 |
| 017 | Aryapyper（6-11 days deliverly） |
| 018 | Amober |
| 019 | AAZJSS |
| 020 | mcdzsw |
| 021 | Best Sellers(6-12Day↴)◄9999+ ★ ★ ★ ★ ★ ► AMZ-Choice |
| 022 | HXHYQKP Clearance Sales ★ ★ ★ ★ ★ |
| 023 | BDNXTV(8-15 days delivery) |
| 024 | jiaying- |

1

| | |
|---|---|
| 025 | JiNanLingKongMaoYiYouXianGongSi |
| 026 | guoliying123 |
| 027 | Floral Boom |
| 028 | FuLangAAA |
| 029 | tongshanxiandongxuanbaihuopu |
| 030 | JJHAEVDY |
| 031 | Azeralia |
| 032 | forerruti(Deals of The Day Clearance) |
| 033 | Wowhi |
| 034 | value% |
| 035 | RONGLIYI |
| 036 | qyouli |
| 037 | HYAERGF |
| 038 | CONGBEW |
| 039 | prime deals of the day clearance 2024HuiLing Trade |
| 040 | Xian Yuefeng |
| 041 | Barnrae |
| 042 | Fang Yushang |
| 043 | XIQIAM Prime Sale Up to 50% off |
| 044 | QUFECH |
| 045 | XKLVMH Prime Big Deal Days |
| 046 | Black Friday Deals 2024 GAANBODI |
| 047 | GVEYTPHQ Fall Sale 2024 |
| 048 | 2024 HUTJDHA clearance sale |
| 049 | Black Friday Deals 2024 Christmas Sale ➤6-12 days↘ |
| 050 | Early Black Friday Deals 2024 Sale！ |
| 051 | MANLINGYA |
| 052 | SUIWER |
| 053 | HYYGOCCTV |
| 054 | today prime day deals |
| 055 | LiRenJie12 |
| 056 | CuiHuJuan |
| 057 | MAZHALAI-US |
| 058 | Dealovy |
| 059 | Today's Deals In Bilqis Store |
| 060 | Loyalty_001 |
| 061 | Kanjinrui Trading |
| 062 | JiNanMengWangXuan |
| 063 | Honey Peach |
| 064 | XIAXOGOOL 7-15 days delivery |
| 065 | FlekmanArt-Prime Day Deals-80% OFF |

2

| | |
|---|---|
| 066 | Wensean |
| 067 | yunhaoNB |
| 068 | Eastood |
| 069 | shilin7856 |
| 070 | TiantianUS |
| 071 | xupeizengart |
| 072 | guangzhouxunshushangmaoyouxiangongsi |
| 073 | wuhanshihaoyumaoyiyouxiangongsi |
| 074 | XiAnQianZhongShengWuKeJi |
| 075 | STM X-04 |
| 076 | beijingrenshandulüshangmaoyouxiangongsi |
| 077 | luohuimukaifushi |
| 078 | shenzhenshiqiandupianmao |
| 079 | He Fei Pang Pu Si Shang Mao You Xian Gong Si |
| 080 | fanminghaozhaobaihuodian |
| 081 | 黑龙江坳何科技有限公司 |
| 082 | HongDongXianMoKaiShangMaoYouXianGongSi |
| 083 | yidushiwajiushangmaodian |
| 084 | MOOUM |
| 085 | zhijiangshichangzhiroushangmaoyouxiangongsi |
| 086 | shun liu |
| 087 | hefeikunyoushangmaoyouxiangongsi |
| 088 | jingkuiwenwangluokejiyouxiangongsi |
| 089 | KeepsakeGiftCorner |
| 090 | Howilath-US |
| 091 | Beauty is a wonderful thing in the world |
| 092 | Amzprint |
| 093 | GOSTRG |
| 094 | ShangleiPhillips |
| 095 | SongXiang12 |
| 096 | xudonggedemsldianpu |
| 097 | li gao jian |
| 098 | jingjiangshidonghaomaoyiyouxiangongsi |
| 099 | MBTUOP(8-15 days delivery) |
| 100 | BTLYUIOAPE Prime Day Deals Today 2024 |
| 101 | Prime Day Deals Today 2024 JCCDMZSL |
| 102 | JUKYHEBA |
| 103 | LEE SEN |
| 104 | MABUTINGTI October Sales Promotion 2024 |
| 105 | RDEGOOCHA |
| 106 | DAILSA |

3

| | |
|---|---|
| 107 | HANYANLI |
| 108 | Lightning Deals of Today Prime YUTANRAL |
| 109 | UDAUDU ➤6-12 days⌒ |
| 110 | deals of the day lightning deals |
| 111 | SHENGXB |
| 112 | AMXYFBK(7-15 days delivery ) ★ ★ ★ ★ ★ |
| 113 | ADHOWBEW |
| 114 | UQRZAU |
| 115 | YGEWJI |
| 116 | halloween costumes woman 2024 sales |
| 117 | Black of Friday Clearance 2024--VLOUYP |
| 118 | LAM KWONGY |
| 119 | HTQWLP |
| 120 | ★ ★ ★ ★ ★ZCJBWWHF |
| 121 | LAYHTKTL |
| 122 | black friday deals 2024-Stutye |
| 123 | wanhllhdse |
| 124 | xiamenkouzhikangyangkejiyouxiangongsi |
| 125 | dudushangmaoyou |
| 126 | xiamenzhongyahengyewangluokejiyouxiangongsi |
| 127 | youjindefushixiemaopu |
| 128 | xingyexianshinanzhenmeiweisishipinjingyingbu |
| 129 | hongliangjin |
| 130 | qichangbaihuodian |
| 131 | ruchendianzi |
| 132 | wuhanshidonghuxinjishukaifaquzheyubaihuoshanghang |
| 133 | qingwenfuzhuangdian |
| 134 | junchao |
| 135 | saihanquhainabendijuminrichangshenghuofuwugongzuos |
| 136 | dongpingxianzhengkun |
| 137 | EDGFRTOIO |
| 138 | LittleForBig |
| 139 | Floleo |
| 140 | Turilly |
| 141 | KUDA Industrial |
| 142 | pimelu clothes store |
| 143 | ZINING0045 |
| 144 | NaRHbrg |
| 145 | CF TQWQT |
| 146 | BOLANQ |
| 147 | sksloeg |

4

5

| 148 | Feternal |
|-----|----------|
| 149 | PURJKPU |
| 150 | Hvyesh |
| 151 | AKOEE Fashion Deals |
| 152 | AOOCHASLIY |
| 153 | KH1552EE |
| 154 | EXTCUBE |
| 155 | Diaonm |
| 156 | Custom Fashion Store |
| 157 | Department stores |
| 158 | Chaojidiao |
| 159 | chaoyz258 |
| 160 | Geai Co. ltd |